| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Specie, Karen K. | U.S. Bankruptcy Court Northern District of Florida | 04/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Northern District of Florida
110 East Park Ave., Ste 200
Tallahassee, FL 32301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | Specie Law Firm, LLC - as sole attorney and member, entitled to any A/R that may be collected |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2015 | Specie Law Firm, LLC - service income (gross to LLC) | $3,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2015 | ▓▓▓▓▓▓▓▓▓ - Real Estate Broker |
| 2. | 2015 | ▓▓▓▓▓▓▓▓▓▓▓ - Commercial real estate ownership, rental and management |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Florida Bar Association Business Law Section | 01/21/2015 through 01/22/2015 | Orlando, FL | Educational Seminar | Lodging, Meals, transportation |
| 2. | American College of Bankruptcy | 03/12/2015 thru 03/14/2015 | Washington, D.C. | Educational Seminar & Induction Ceremony | Registration, lodging, and part of transportation |
| 3. | Florida Bar Association Business Law Section | 06/24/2015 through 06/26/2015 | Boca Raton, FL | Educational Seminar | Lodging, Meals, transportation |
| 4. | Jacksonville Bankruptcy Bar Association | 08/20/2015 through 08/212015 | Jacksonville, FL | Educational Seminar | Lodging, Meals, transportation |
| 5. | Nothern District of Florida Bankruptcy Bar Association | 09/17/2015 through 09/18/2015 | Santa Rosa Beach, FL | Educational Seminar | Lodging, Meals, transportation |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | The Florida Bar | 11/04/2015 through 11/06/2015 | Tampa and Miami, FL | Educational Seminar | Lodging, Meals, transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Renasant Bank (f/k/a Alarion Bank) | Line of Credit - personal | J |
| 2. | Renesant BAnk (f/k/a Alarion Bank) | Line of Credit - business | K |
| 3. | American Express | various credit cards | J |
| 4. | Chase | various credit cards | J |
| 5. | Capital One | various credit cards | J |
| 6. | Drummond Community Bank | Commericial real estate loan (spouse) | N |
| 7. | Drummond Community Bank | Line of Credit - personal | L |
| 8. | Drummond Community Bank | Line of Credit - personal for son's college | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Renasant Bank (f/k/a Alarion Bank) - accounts | A | Interest | J | T | | | | | |
| 2. Merchants & Southern Bank - account | A | Interest | | | Closed | 05/08/15 | J | | |
| 3. SunTrust Bank - accounts | A | Interest | K | T | | | | | |
| 4. Capital City Bank - checking account (see Part VIII) | | None | K | T | | | | | |
| 5. Note Receivable - Diamond Investment Properties Inc. | E | Interest | O | T | | | | | |
| 6. Vacant Lots 3 & 4, Steinhatchee Subd., Taylor Co., FL (see Part. VIII) | | None | K | S | | | | | |
| 7. ▓▓▓▓▓▓▓▓▓▓ | D | Distribution | J | U | | | | | |
| 8. ▓▓▓▓▓▓▓▓▓▓ Inc. | E | Interest | M | T | | | | | |
| 9. Farming operation - Alachua Co., FL | A | Distribution | J | T | | | | | |
| 10. SEP IRA - Raymond James cash equivalent | A | Interest | K | T | Distributed (part) | 02/17/15 | J | A | |
| 11. IRA - Raymond James cash equivalent | A | Interest | K | T | Open | 04/29/15 | K | | |
| 12. | | | | | | | | | |
| 13. IRA # 6 - FILER (Acct. #▓▓) | A | Int./Div. | M | T | | | | | |
| 14. -Deutche Global Real Estate (formerly DWSR Reef Global Real Estate) | | | | | | | | | |
| 15. -American Beacon Stephens Small Cap Growth Fund Class Y | | | | | | | | | |
| 16. -Artisan Small Cap Value Fund Investor Classs | | | | | Sold | 02/18/15 | J | | |
| 17. -Brown Advisory Growth Equity Fund Investor Shares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Columbia Acorn Emerging Markets Fund Class Z | | | | | | | | | |
| 19. -EuroPacific Growth Fund Class F1 - American Funds | | | | | | | | | |
| 20. -JP Morgan Mid Cap Value Fund Institutional Shares | | | | | Sold (part) | 02/18/15 | J | | |
| 21. -John Hancock Disciplined Value Fund Class A | A | Dividend | K | T | | | | | |
| 22. -JP Morgan International Value Fund Institutional Class | | | | | | | | | |
| 23. -JP Morgan U.S. Large Cap Core Plus Fund Select Class | | | | | Buy (add'l) | 02/18/15 | J | | |
| 24. -Lazard Emerging Markets Equity Port Institutional SHS | | | | | | | | | |
| 25. -MFS International Growth Fund Class 1 | | | | | | | | | |
| 26. -MFS Research Fund Class A | | | | | Buy (add'l) | 02/20/15 | J | | |
| 27. -Manning & Napier Equity Series | | | | | Sold | 11/17/15 | J | | |
| 28. -Victory Trivalent Intnl. Small Cap Fund Class Y (fka Victory Munder) | | | | | Sold (part) | 02/18/15 | J | | |
| 29. -AMG-/Southernsun (formerly Southernsun US Equity Fund International) | | | | | | | | | |
| 30. -Prudential Jennison Mid Cap Growth Fund Class Z | | | | | Sold (part) | 02/20/15 | J | | |
| 31. -AQR Managed Futures Strategy Fund Class N | | | | | | | | | |
| 32. -Columbia Contrarian | A | Int./Div. | J | T | Buy | 11/17/15 | J | | |
| 33. -Victory Integrity Small Cap | A | Int./Div. | J | T | Buy | 02/20/15 | J | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #7 - FILER (ACCT. # ▓ ) | D | Int./Div. | M | T | | | | | |
| 36. -Aston/River Road Div All Cap Value Fund Class I | | | | | Sold (part) | 07/29/15 | J | A | |
| 37. -Deutche Global Real Estate (formerly DWSR Reef Global Real Estate) | | | | | Sold (part) | 07/31/15 | J | A | |
| 38. -Capital Income Builder Fund Class F2-American Funds | | | | | Sold (part) | 07/31/15 | J | A | |
| 39. -Federated Strategic Value Dividend Fund Inst Shares IS (X) | | | | | Sold (part) | 07/31/15 | J | A | |
| 40. -Franklin Income Fund Advisor Class (X) | | | | | Buy (add'l) | 07/31/15 | J | | |
| 41. -Clearbridge Dividend Strategy (fka Clearbridge Equity Income Fund) | | | | | Sold (part) | 07/31/15 | J | A | |
| 42. | | | | | Sold | 11/19/15 | J | | |
| 43. -MFS Utilities Fund Class A | | | | | | | | | |
| 44. -Mainstay Epoch Global Equity Yield Fund Class A (X) | | | | | | | | | |
| 45. -Principal Small Mid Cap Dividend Income Fund Class P | | | | | | | | | |
| 46. -Principal Preferred Securities Fund Class P | | | | | Sold (part) | 07/31/15 | J | A | |
| 47. -Prudential Jennison Equity Income Fund Class Z (X) | | | | | Sold (part) | 07/31/15 | J | A | |
| 48. -Geneva Advisors Equity Income Fund Class 1 | | | | | Sold (part) | 07/29/15 | J | A | |
| 49. -American International Growth & Income Fund Class F-2 N/L | | | | | Buy | 11/19/15 | J | | |
| 50. | | | | | | | | | |
| 51. IRA # 2 - SPOUSE (ACCT # ▓ ) | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Deutche Global Real Estate (formerly DWSR Reef Global Real Estate) | | | | | Sold (part) | 12/17/15 | J | A | |
| 53. -Europacific Growth Fund Class F2/ American Fuynds N/L | | | | | Buy (add'l) | 12/17/15 | J | | |
| 54. -J P Morgan International Value | | | | | Buy (add'l) | 12/15/15 | J | | |
| 55. -J P Morgan US Large Cap Core (Plus Fund Select Class N/L) | | | | | Buy (add'l) | 02/17/15 | J | | |
| 56. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 57. -Lazard Emerging Markets Equity Port Institutional SHS | | | | | Buy (add'l) | 12/15/15 | J | | |
| 58. -MFS Research Fund Class A | | | | | Buy (add'l) | 02/20/15 | J | | |
| 59. | | | | | Sold (part) | 12/17/15 | J | | |
| 60. -Manning & Napier Equity | | | | | Sold | 11/17/15 | J | A | |
| 61. -Victory Munder (formerly Munder International Small Cap) | | | | | Sold (part) | 02/17/15 | J | A | |
| 62. | | | | | Sold (part) | 12/15/15 | J | | |
| 63. -Prudential Jennison Mid Cap | | | | | Sold (part) | 02/20/15 | J | A | |
| 64. -American Beacon Stephens Small Cap Growth Fund Class Y | | | | | | | | | |
| 65. -Artisan Small Cap Value Fund Investor | | | | | Sold | 02/18/15 | J | A | |
| 66. -Brown Advisor Growth Equity Fund Investor Shares | | | | | Sold (part) | 12/15/15 | J | A | |
| 67. -Columbia Acorn Emerging Markets Fund Class Z | | | | | Buy (add'l) | 12/15/15 | J | | |
| 68. -J P Morgan Mid Cap Value Fund Institutinoal Shares | | | J | T | Buy (add'l) | 12/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/18/15 | J | | |
| 70. -John Hancock Disciplined Value Fund Class A | | | | | Sold (part) | 12/17/15 | J | A | |
| 71. -MFS International Growth Fund Class 1 | | | | | Buy (add'l) | 12/17/15 | J | | |
| 72. -AMG Southernsun US Equity Fund Institutional Class Y | | | | | Buy (add'l) | 12/17/15 | J | | |
| 73. -AQR Managed Futures Strategy Fund Class N | | | | | Sold (part) | 12/15/15 | J | A | |
| 74. -Columbia Contrarian Core | | | | | Buy | 11/17/15 | J | | |
| 75. -Victory Integrity Small Cap | | | | | Buy | 02/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII- LINE 4 - CAPITAL CITY BANK ACCOUNT IS A CHECKING ACCOUNT AND EARNED NO INTEREST.

PART VII- LINE 6 - VALUE OF STEINHATCHEE LOTS, TAYLOR COUNTY, FL - Assessed value per Taylor County, Florida Property Appraiser website; - $34,300.00. These are vacant lots that generate no income.

PART VII - LINES 28, 60 AND 61 -- VICTORY MUNDER INTERNATIONAL SMALL-CAP FUND changed its name to "VICTORY TRIVALENT INTERNATIONAL SMALL-CAP FUND" effective April 1, 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen K. Specie**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544